THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of WILLIAM O'DON-NELL, Respondent, v. LANCELOT BERKELEY, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and dismiss the information.

EVOLVE HOLDING CORPORATION, Suing on Behalf of Itself and All Other Stockholders of ICELAND, INC., Similarly Situated, Appellant, v. JAMES E. FULLER and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CITY OF NEW YORK, Appellant, v. SELWYN OPERATING CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant judgment for the plaintiff.

ROSE M. LEWIS, as Administratrix, etc., of RUDOLPH LEWIS, Deceased, Appellant, v. GARMENT CENTER CAPITOL, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ABRAHAM J. GOLDSTEIN, Appellant, v. FRANK J. MUHLFELD, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration between NEWS PROJECTION CORPORATION, Appellant, and TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, Respondent, under Agreement Dated April 21, 1931, and Stipulation Dated April 21, 1932.— The determination by the arbitrators of the preliminary question of fraud was not an award within the meaning of the Arbitration Law and was not subject to a motion either to confirm or to vacate. The propriety of the conclusion announced by the arbitrators on that issue can only be reviewed upon application to confirm or vacate the award finally disposing of all the issues submitted. Order affirmed, with twenty dollars costs and disbursements. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRETZ-MOON TUBE COMPANY, INC., Respondent, v. R. B. COREY COMPANY, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

KARLOPAT REALTY CORPORATION, Respondent, v. ALFRED L. CANTAMESSNER, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AMERICAN CAR AND FOUNDRY COMPANY, Respondent, v. PROGRESSIVE ENGINEERING CORPORATION, Defendant, Impleaded with COLUMBIA CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MARIA VANACORE MAGGIO, as Administratrix, etc., of GIUSEPPE L. MAGGIO, Deceased.— Decree affirmed, with costs, No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.